| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Rendell, Marjorie O. | 2. Court or Organization<br><br>USCA - 3CA - Philadelphia | 3. Date of Report<br><br>4/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>601 Market Street, Room 21613<br>Philadelphia, PA 19106-1598 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Overseers | School of Nursing, University of Pennsylvania |
| 2. | Member, Board of Directors | Rendell Center for Civics & Civic Engagement |
| 3. | President | Rendell Center for Civics & Civic Engagement |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. QUALIFIED (H) | | | | | | | | | |
| 2. Lebenthal Lisanti Small Cap Growth Fund | A | Dividend | K | T | | | | | |
| 3. AIP Multi Strategy Fund | B | Dividend | M | T | | | | | |
| 4. Baron Growth | C | Dividend | K | T | | | | | |
| 5. BlackRock Low Duration Bond | B | Dividend | M | T | | | | | |
| 6. DFA Emerging Mkts Core Equity | A | Dividend | K | T | | | | | |
| 7. DFA Intl Small Cap Value | C | Dividend | L | T | | | | | |
| 8. DFA Intl Value | C | Dividend | L | T | | | | | |
| 9. DFA International Large Cap Growth | B | Dividend | K | T | | | | | |
| 10. DFA One Year Fixed | A | Dividend | M | T | | | | | |
| 11. DFA Global Real Estate Securities | B | Dividend | K | T | | | | | |
| 12. DFA US Large Cap Value | C | Dividend | L | T | | | | | |
| 13. DFA U.S. Micro Cap | B | Dividend | K | T | | | | | |
| 14. DFA U.S. Small Cap Value | B | Dividend | L | T | | | | | |
| 15. Dodge & Cox Stock | B | Dividend | K | T | | | | | |
| 16. E.I.I. Global Property Inst. | D | Dividend | K | T | | | | | |
| 17. Federated Gov. Ultrashort Duration | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 19. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | | | | | |
| 20. Hotchkis & Wiley Mid Cap Value | B | Dividend | L | T | | | | | |
| 21. Ivy Mid Cap Growth | B | Dividend | K | T | Buy (add'l) | 07/28/16 | J | | See Section VIII |
| 22. Janus Fund | C | Dividend | L | T | Buy (add'l) | 03/14/16 | J | | |
| 23. Maingate MLP FD CL I | C | Dividend | L | T | | | | | |
| 24. Mainstay Marketfield FD CL I | | None | | | Sold | 03/14/16 | K | | |
| 25. Metropolitan West Total Return | C | Dividend | M | T | Sold (part) | 01/25/16 | J | | |
| 26. Morgan Stanley Inst Emerging Markets | A | Dividend | K | T | | | | | |
| 27. Morgan Stanley Inst International Equity | A | Dividend | K | T | | | | | |
| 28. Royce Opportunity | C | Dividend | K | T | | | | | See Section VIII |
| 29. Victory Global Natural Resources Cl Y | | None | K | T | | | | | |
| 30. Schwab Adv Cash Reserve Prem | A | Dividend | J | T | | | | | |
| 31. Westcore Int't (Frontier) Small Cap | A | Dividend | K | T | | | | | |
| 32. Westcore Mid Cap Value Dividend | B | Dividend | L | T | | | | | |
| 33. Westcore Midco Growth | | None | | | Sold | 07/28/16 | K | | |
| 34. William Blair International Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. William Blair Lg Cap Growth | A | Dividend | L | T | Buy (add'l) | 03/14/16 | J | | |
| 36. William Blair Intl Small Cap Growth | A | Dividend | K | T | | | | | |
| 37. William Blair Mid Cap Growth | B | Dividend | K | T | Buy (add'l) | 07/28/16 | J | | |
| 38. William Blair Small Cap Growth | B | Dividend | K | T | | | | | |
| 39. PERSONAL (H) | | | | | | | | | |
| 40. Baron Growth Fund | C | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 41. DFA Emerging Markets Core Equity | A | Dividend | L | T | | | | | |
| 42. DFA Global Real Estate Securities | B | Dividend | K | T | | | | | |
| 43. DFA Intl Large Cap Growth | B | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 44. DFA Intl Small Cap Value | C | Dividend | K | T | | | | | |
| 45. DFA Short Term Muni Bond | B | Dividend | M | T | Buy (add'l) | 10/21/16 | J | | |
| 46. DFA Tax Managed Int'l Value | B | Dividend | L | T | Buy (add'l) | 02/23/16 | K | | |
| 47. DFA Tax Managed US Marketwide Value | C | Dividend | L | T | Buy (add'l) | 02/23/16 | J | | |
| 48. DFA Tax Managed US Targeted Value | B | Dividend | L | T | Buy (add'l) | 02/23/16 | J | | |
| 49. DFA US Micro Cap | B | Dividend | K | T | | | | | |
| 50. Dodge & Cox Stock | B | Dividend | K | T | | | | | |
| 51. E.I.I Global Property Inst | D | Dividend | K | T | Buy | 01/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Short Interm Muni | B | Dividend | M | T | Buy (add'l) | 10/21/16 | J | | |
| 53. First Eagle Overseas | B | Dividend | K | T | | | | | |
| 54. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 55. Hotchkis & Wiley Mid Cap Value | B | Dividend | L | T | Buy (add'l) | 02/23/16 | K | | |
| 56. Ivy Mid Cap Growth | B | Dividend | K | T | Buy (add'l) | 07/28/16 | J | | |
| 57. | | | | | Buy (add'l) | 01/26/16 | K | | |
| 58. Janus Fund | C | Dividend | L | T | Buy (add'l) | 03/14/16 | K | | |
| 59. Maingate MLP FD | B | Dividend | L | T | Buy | 05/02/16 | L | | |
| 60. Mainstay Marketfield FD I | | None | | | Sold | 03/14/16 | K | | |
| 61. Metropolitan West Total Return Bond | D | Dividend | M | T | Buy (add'l) | 07/29/16 | J | | |
| 62. | | | | | Buy (add'l) | 10/24/16 | J | | |
| 63. Morgan Stanley Inst. Emerging Markets | A | Dividend | L | T | Buy (add'l) | 02/23/16 | J | | |
| 64. Morgan Stanley Inst Int'l Equity | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 65. Royce Opportunity Investment | C | Dividend | L | T | Buy | 01/25/16 | K | | |
| 66. | | | | | Buy (add'l) | 02/23/16 | J | | |
| 67. Victory Global Natural Resources Fund | | None | K | T | Buy | 04/29/16 | K | | See Section VIII |
| 68. | | | | | Buy (add'l) | 10/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Advisor Premium Cash Reserve | A | Dividend | K | T | | | | | |
| 70. T. Rowe Price New Era Fund | | None | | | Sold | 04/29/16 | L | D | |
| 71. Thornburg Limited Term Muni | C | Dividend | M | T | Buy (add'l) | 10/21/16 | J | | |
| 72. Westcore Int'l Small Cap | A | Dividend | K | T | | | | | |
| 73. Westcore Mid-Cap Value Dividend | B | Dividend | L | T | Buy (add'l) | 02/23/16 | J | | |
| 74. Westcore Midco Growth | | None | | | Buy (add'l) | 02/23/16 | J | | |
| 75. | | | | | Sold | 07/28/16 | M | | |
| 76. William Blair Int'l Growth Fund (I) | A | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 77. William Blair Int'l Small Cap Growth (I) | A | Dividend | K | T | | | | | |
| 78. William Blair Mid Cap Growth | B | Dividend | K | T | Buy (add'l) | 07/29/16 | J | | |
| 79. William Blair Small Cap Growth | C | Dividend | K | T | Buy (add'l) | 02/23/16 | J | | |
| 80. William Blair Large Cap Growth | A | Dividend | L | T | Buy (add'l) | 03/15/16 | J | | |
| 81. Rental Property in Boynton Beach, FL | E | Rent | M | W | | | | | |
| 82. JOINT (H) | | | | | | | | | |
| 83. Schwab Advisor Premium Cash Reserve | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 21:  Line 21 and 22 of the 2015 Financial Disclosure Report incorrectly reported a Buy on 7/28/15 and a complete sale on 12/8/15.

Line 29: RS Global Natural Resources became Victory Global Natural Resources.

Line 67: RS Global Natural Resources became Victory Global Natural Resources.

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 4/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marjorie O. Rendell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544